**Charles J. WEBER, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

No. 16-2150

United States Court of Appeals, Eighth Circuit.

Submitted: October 12, 2017

Filed: October 19, 2017

Laine Cardarella, Fed. Public Defender, Kansas City, MO, for appellant.

Phillip Eugene (Gene) Porter, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before COLLOTON, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Federal prisoner Charles Weber, who pleaded guilty to being a felon in possession of a firearm, appeals from the order of the District Court[1] denying his 28 U.S.C. § 2255 motion that challenged his sentence under Johnson v. United States, 576 U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015) (invalidating the residual clause of the Armed Career Criminal Act as un-

constitutionally vague). Specifically, Weber challenged his increased offense level under United States Sentencing Guidelines § 2K2.1. After de novo review, we conclude that the District Court properly denied relief because Weber's sentence was calculated under the advisory Guidelines, which are not subject to void-for-vagueness challenges. See Beckles v. United States, 580 U.S. ——, 137 S.Ct. 886, 895, 197 L.Ed.2d 145 (2017). Accordingly, we affirm, and we grant counsel's motion to withdraw.

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.